**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

YENSY CONTERARAS,

          Plaintiff,

          -against-

MILITARY UNIFORM SUPPLY, INC.

          Defendant.
-------------------------------------------------------------x

21-CV-09708 (OTW)

**ORDER OF DISMISSAL ON CONSENT**

**ONA T. WANG**, United States Magistrate Judge:

The parties having informed the Court that they have a reached a settlement agreement in principle and are finalizing settlement documents, **IT IS HEREBY ORDERED THAT**:

This action is dismissed with prejudice and without costs, provided, however that any party may reinstate the action within 30 days if the settlement is not fully effectuated.

Any application to reopen this matter must be filed via ECF within 30 days of this Order; any application to reopen filed after then may be denied solely on that basis.

Any pending motions are terminated as moot.

**SO ORDERED.**

Dated: New York, New York
       February 11, 2022

                        _s/ Ona T. Wang_
                           **Ona T. Wang**
                    United States Magistrate Judge